(October 18, 1922.)

In the Matter of the Person and Estate of LULU K. LINDSAY. W. E. COLLINS, Respondent, v. WILLIAM K. LINDSAY, Appellant.

McCARTHY, J.—This case presents the same facts and questions as *Collins v. Lindsay, supra.* On the authority of the decision in that case respondent's application for an allowance for services and attorney fees is denied and appellant's motion to dismiss the appeal is granted.

Rice, C. J., and Budge, Dunn and Lee, JJ., concur.